1  Daniel P. Struck, Bar #012377
   Nicholas D. Acedo, Bar #021644
2  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
3  Chandler, Arizona 85226
   (480) 420-1600
4  dstruck@strucklove.com
   nacedo@strucklove.com
5
   *Attorneys for City of Glendale*
6

7              **UNITED STATES DISTRICT COURT**

8                     **DISTRICT OF ARIZONA**

9  JOSEPH DAVIS, individually, as Personal      No. _____
   Representative of the Estate of Maxwell Davis,
10 and on behalf of VICKI DAVIS, statutory
   beneficiary,
11
                                  Plaintiff,    **NOTICE OF REMOVAL**
12
           v.
13
   CITY OF GLENDALE, a municipality; JOHN
14 and JANE DOES I-X;
                                 Defendants.
15

16         Pursuant to 28 U.S.C. § 1441(c), Defendant City of Glendale hereby removes the

17 above-captioned case, Maricopa County Superior Court cause number CV2022-005818, to

18 this Court. Plaintiff asserts claims arising under both federal and state law: Count One –

19 state law claim for Wrongful Death Negligence and Gross Negligence; Count Two – state

20 law claim for Wrongful Death Negligent Hiring, Training, Supervision and Retention; and

21 Count Three – federal claim alleging excessive force under the Fourth Amendment,

22 pursuant to 42 U.S.C. § 1983. This Court has original jurisdiction of the federal claim under

23 28 U.S.C. § 1331, and supplemental jurisdiction of the state law claims under 28 U.S.C.

24 § 1367(a). A Supplemental Civil Cover Sheet is attached as **Exhibit 1**. A copy of the most

25 recent state court docket is attached as **Exhibit 2**.

26         Plaintiff filed his amended complaint, the operative complaint, on December 15,

27 2022. *See* **Exhibit 3**. Therefore, this Notice is timely filed. *See* 28 U.S.C. § 1446(b)(3).

28

1  Plaintiff served his original complaint (filed on May 6, 2022) on August 9, 2022, *see* **Exhibit 4**, and served the amended complaint via the state court's electronic filing service provider on December 15, 2022.  Defendant filed its answer to the original complaint on November 21, 2022, *see* **Exhibit 5**, and has not yet answered the amended complaint.  No parties have been dismissed.  Plaintiff's counsel, Mr. Douglas S. Younglove, first appeared in the original complaint.  Mr. J. Scott Halverson associated in as co-counsel for Plaintiff on July 22, 2022.  *See* **Exhibit 6**.  Defendant's counsel made their first appearance on September 21, 2022, in Defendant's Notice Re: Response to Complaint.  Defendant's Motion for Judgment on the Pleadings (filed on November 21, 2022) is still pending.  *See* **Exhibit 7**.  Plaintiff has not yet filed a response.  The remainder of the state court record is attached as **Exhibit 8**.

Undersigned counsel verifies that true and correct copies of all pleadings and other documents filed in the state court proceeding have been filed with this Notice.  Undersigned counsel further verifies that a copy of this Notice has been contemporaneously filed with the clerk of the state court.

Pursuant to Civil Rule 81(c), Defendant will file its response to the amended complaint within 7 days of the date of this removal.  Defendant continues to demand a jury trial on all triable issues.

DATED this 4th day of January, 2023.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Nicholas D. Acedo
Daniel P. Struck
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for City of Glendale*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

N/A

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

Douglas S. Younglove
Younglove Law Firm, PLLC
3101 N. Central Ave., Suite 172
Phoenix, AZ 85012
dsy@younglovelawfirm.com

J. Scott Halverson
Law Offices of J. Scott Halverson PC
2173 E. Warner Road, Suite 101
Tempe, AZ 85284
scott@halversonfirm.com

/s/   Nicholas D. Acedo