IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Davis,<br><br>        Plaintiff,<br><br>v.<br><br>City of Glendale, et al.,<br><br>        Defendants. | NO. CV-23-00016-PHX-DWL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed November 17, 2023, Plaintiff to take nothing, and the complaint and action are dismissed.

                                      Debra D. Lucas
                                      District Court Executive/Clerk of Court

November 17, 2023

                                      s/ Kathren Gray
                          By   Deputy Clerk